# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129756

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 129756
COA: 263294
Wayne CC: 04-001485

STEVEN JERRELL RAY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would remand this case to the Court of Appeals as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

_____
Clerk

d0301